UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTONIO WALKER ISR, 16-10-0108, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 1:17-cv-00572-TWP-TAB |
| ) | |
| DUSHAN ZATECKY, ) | |
| ) | |
| Respondent. ) | |

**Entry Directing Further Proceedings**

**I.**

The petitioner shall have **through March 28, 2017,** in which to either pay the $5.00 filing fee for this action or demonstrate his financial inability to do so.

**II.**

The petitioner shall have **through March 28, 2017,** in which to **supplement** his petition for a writ of habeas corpus by submitting a copy of the reports issued in the proceeding which is challenged in this case, ISR16-10-0108, including a copy of 1) the conduct report, 2) the screening report, 3) the disciplinary hearing report, and 4) the administrative appeal(s) and any response thereto.

**IT IS SO ORDERED.**

Date: 2/27/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ANTONIO WALKER, 966766
PENDLETON CORRECTIONAL FACILITY
Electronic Service Participant – Court Only